SPEVACK *v.* STRAUSS ET AL.

No. 641.    Decided March 3, 1958.

*Carleton U. Edwards, II, Joseph Y. Houghton* and *Bernard Margolius* for petitioner.

*Solicitor General Rankin, Assistant Attorney General Doub, E. Riley Casey* and *Roland A. Anderson* for respondents.

Briefs of *amici curiae* in support of the petition for a writ of certiorari were filed by *Elisha Hanson, Arthur B. Hanson* and *Calvin H. Cobb, Jr.* for the American Chemical Society, and *Carlton S. Dargusch* for the Engineers Joint Council.

PER CURIAM.

The petition for writ of certiorari is granted.   The judgment of the Court of Appeals, and the orders of the Court of Appeals denying petitioner's motion for leave to amend the complaint and petition for rehearing, are vacated. The case is remanded to the Court of Appeals with instructions (1) to allow petitioner's proposed amendments to the complaint and (2) to determine, in light of the amended complaint, the issues raised by petitioner's appeal.